■ EUROPEAN AMERICAN BANK & TRUST COMPANY, Appellant, v PARK CHRYSLER PLYMOUTH, INC., Respondent. — Order of the Supreme Court, Nassau County, entered August 3, 1983, affirmed, without costs or disbursements, for the reasons stated in the decision of Justice Wager at Special Term. Titone, J. P., O'Connor, Rubin and Lawrence, JJ., concur.